FILED
MAY - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _FF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1508-WQH |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana (Felony) |
| JUAN FERNANDO PRIETO-VALDEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 12, 2008, within the Southern District of California, defendant JUAN FERNANDO PRIETO-VALDEZ, did knowingly and intentionally import approximately 22.32 kilograms (49.10 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 8, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
5/8/08